UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIARA DANIELS,

        Plaintiff,

v.

        Case No. 10-CV-13322
        HON. GEORGE CARAM STEEH

WINDHAM GROUP, L.L.C., et al.,

        Defendants.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#36),
GRANTING DEFENDANT'S MOTION TO DISMISS, AND
DISMISSING PLAINTIFF'S COMPLAINT

On August 23, 2010, this personal injury action was removed from state court. On February 28, 2011, the court ordered responses to outstanding discovery requests. Plaintiff failed to comply with that order. On March 11, 2011, defendant Windham Group LLC filed a motion to dismiss. A hearing was held on that motion at which time plaintiff's counsel indicated that she had been unable to communicate with plaintiff for a number of months. On May 4, 2011, the court ordered plaintiff to show cause in writing by May 11, 2011, why her complaint should not be dismissed for failure to prosecute. Plaintiff failed to respond to the order to show cause. On May 19, 2011, Magistrate Judge Hluchaniuk issued a Report and Recommendation recommending defendant's motion to dismiss be granted and plaintiff's complaint be dismissed. The objection deadline has passed and no objections were filed. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Hluchaniuk's May 19, 2011 Report and Recommendation, grants defendant's motion to dismiss, and dismisses plaintiff's complaint.

SO ORDERED.

Dated: June 9, 2011

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk